UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No.: 4:26cr78 |
| | ) | |
| -versus- | ) | 18 U.S.C. § 1001 |
| | ) | 18 U.S.C. § 875(c) |
| **AHMAD Z'YIEM GUILFORD** | ) | |
| | ) | **INDICTMENT** |
| | ) | |

## COUNT 1
*(Threat to Injure)*

**THE GRAND JURY CHARGES:**

On or about November 14, 2025, in the District of South Carolina, the defendant, **AHMAD Z'YIEM GUILFORD**, knowingly and willfully did transmit in interstate commerce a communication, specifically a telephone call, to Victim #1, a female employee of a flight school located in Charleston, South Carolina, and the communication contained a threat to injure Victim #1 by beating and raping her;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2
*(Threat to Injure)*

**THE GRAND JURY FURTHER CHARGES:**

On or about November 17, 2025, in the District of South Carolina, the defendant, **AHMAD Z'YIEM GUILFORD**, knowingly and willfully did transmit in interstate commerce, a communication, specifically a telephone call, to Victim #1, a female employee of a flight school located in Charleston, South Carolina, and the communication contained a threat to injure Victim #1 by raping her and "shooting up" the Charleston and Georgetown airports;

In violation of Title 18, United States Code, Section 875(c).

FLORENCE, S.C.

## COUNT 3
*(Threat to Injure)*

**THE GRAND JURY FURTHER CHARGES:**

On or about December 18, 2025, in the District of South Carolina, the defendant, **AHMAD Z'YIEM GUILFORD**, knowingly and willfully did transmit in interstate commerce, a communication, specifically a telephone call, to Victim #2, a female employee of an aviation business located in Georgetown, South Carolina, and the communication contained a threat to injure Victim #2 by raping her and "shooting up" and "burning" the airport;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 4
*(Threat to Injure)*

**THE GRAND JURY FURTHER CHARGES:**

On or about November 15, 2025, in the District of South Carolina, the defendant, **AHMAD Z'YIEM GUILFORD**, knowingly and willfully did transmit in interstate commerce, a communication, specifically a telephone call, to Victim #3, a female employee of an aviation business located in Florence, South Carolina, and the communication contained a threat to injure Victim #3 and kill her daughter;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 5
*(False Statement to a Federal Agent)*

**THE GRAND JURY FURTHER CHARGES:**

On or about December 23, 2025, in the District of South Carolina, the defendant, **AHMAD Z'YIEM GUILFORD**, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in a matter within the jurisdiction of the Executive Branch of the Government of the United States; to wit: he falsely stated to a Special Agent from the Federal Bureau of Investigation that it was not his voice on the calls when confronted with recordings of the phone calls referenced above in Counts 2 and 3, when, in fact, it was his voice on these phone calls;

In violation of Title 18, United States Code, Section 1001.

A *True* BILL

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Everett McMillian
Assistant United States Attorney
401 W. Evans Street, Room 222
Florence, SC 29501

3